IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NICHOLAS WELLS, # 207770, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | Civil Action No. |
| v. | ) | 2:21cv411-WHA-SRW |
| | ) | [WO] |
| JOSEPH H. HEADLEY, *et al.*, | ) | |
| | ) | |
|     Respondents. | ) | |

**ORDER**

On June 21, 2021, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. Doc. 4. Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

(1) the Magistrate Judge's Recommendation (Doc. 4) is ADOPTED; and

(2) this case is DISMISSED for lack of jurisdiction under 28 U.S.C. § 2244(b)(3)(A) because Petitioner has not obtained permission from the Eleventh Circuit Court of Appeals to authorizing this court to consider his successive habeas petition.

A final judgment will be entered separately.

DONE this 14th day of July, 2021.

                                         /s/ W. Harold Albritton
                                         W. HAROLD ALBRITTON
                                         SENIOR UNITED STATES DISTRICT JUDGE